Shemia Fagan, OSB No. 093476
HKM Employment Attorneys LLP
308 SW First Ave., Suite 325
Portland, OR 97204
Tel: (503) 482-8546
sfagan@hkm.com

*Attorneys for Plaintiff Christina Hathor*

IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **CHRISTINA HATHOR**<br><br>                             Plaintiff,<br><br>v.<br><br>**HARRIMAN SPRINGS RESORT AND MARINA LLC** an Oregon Limited Liability Company, and **JOHN CALVIN PRATT**, an individual and in his official capacity,<br><br>                             Defendants. | Case No. 1:15-cv-02259-CL<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS FIRST CAUSE OF ACTION WITHOUT PREJUDICE** |

Plaintiff's Motion to Dismiss First Cause of Action Without Prejudice is GRANTED.

DATED this ___ day of __May__, 2016.

_____
Magistrate Judge

1 – ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS FIRST CAUSE OF ACTION WITHOUT PREJUDICE

HKM EMPLOYMENT ATTORNEYS LLP
308 SW First Ave., Suite 325
Portland, Oregon 97204
(503) 482-8546